IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL LINDSEY and
MARQUESA LINDSEY                                                                                    PLAINTIFFS

v.                                       Case No. 6:22-cv-06113

OAKLAWN JOCKEY CLUB, INC.                                                                    DEFENDANT

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 11) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge